# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2017R00688)



FILED IN CHAMBERS
U.S.D.C. - Atlanta
JAN 28 2020
By: James N. Hatten, Clerk
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:20-CR046
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: January 28, 2020

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
XU KE

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Nathan P. Kitchens
Defense Attorney: